# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | Riley Baseball Instruction, LLC | Related Bankruptcy Case: 17-41813 |
| | | Chapter 7 |
| | Debtor | Judge Christopher J. Panos |
| | Janice G Marsh | Adversary Proceeding: 19-04054 |
| | Plaintiff | |
| vs. | | |
| | Greystar Worldwide, LLC d/b/a The Oaks on the Square | |
| | Defendant | |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer within 35 days.

**ANSWER DUE: 11/4/19**

> Address of Clerk:
> U. S. Bankruptcy Court
> 595 Main Street
> Worcester, MA 01608

**At the same time,** you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney:
> Robert Girvan
> Weiner Law Firm, P.C.
> 1441 Main Street
> Suite 610
> Springfield, MA 01103

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 10/4/19

Mary P. Sharon
Clerk, U.S. Bankruptcy Court

By the Court,



Megan Hussey
Deputy Clerk
(508) 770- 8950

Chapter 7
Adversary Proceeding 19-04054
Judge Christopher J. Panos

## CERTIFICATE OF SERVICE

I, Robert E. Girvan, III, certify that service of this summons and a copy of the complaint was made on October 7, 2019 by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, and via certified mail postage prepaid return receipt no. 7019 0700 0000 3470 4141 addressed to: Greystar Worldwide, LLC d/b/a The Oaks on the Square, Attn President, 465 Meeting Street Suite 500, Charleston, South Carolina, 29403 and via Regular, first class United States mail, postage fully pre-paid and via certified mail postage prepaid return receipt no. 7019 0700 0000 3470 4158 addressed to Greystar Worldwide, LLC d/b/a The Oaks on the Square, c/o Registered Agent 1209 Orange Street, Wilmington, DE 19801.

☐ Personal Service: By leaving the process with defendant or with an office or agent of Defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly].

☐ State Law: The defendant was served pursuant to the laws of the State of_____ as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: October 7, 2019            Signature

Name:              Robert E. Girvan, III, Esq.  BBO# 569063
                   Weiner Law Firm, P.C.
Business Address   1441 Main Street Suite 610
                   Springfield, MA 01103